1032

[No. 69348-4-I. Division One. February 18, 2014.]

CYNTHIA LUSEBRINK, *Appellant*, v. KENT SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-10370-8, Jay V. White, J., entered September 18, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Verellen, J.

[Nos. 69420-1-I; 69723-4-I. Division One. February 18, 2014.]

THE CITY OF SEATTLE, *Appellant*, v. JAMES EGAN, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 12-2-00938-4, Dean Scott Lum, J., entered June 28, 2012. *Reversed* by unpublished opinion per Grosse, J., concurred in by Dwyer and Lau, JJ.

[No. 69432-4-I. Division One. February 18, 2014.]

HARRY CORLISS ET AL., *Appellants*, v. LARRY P. HUGHES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-05062-7, Michael Heavey, J., entered October 10, 2012. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Spearman, A.C.J., concurred in by Schindler and Dwyer, JJ.

[No. 69627-1-I. Division One. February 18, 2014.]

GEORGE E. FAILING COMPANY, *Appellant*, v. CASCADE DRILLING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-25097-9, Susan J. Craighead, J., entered October 5, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Appelwick, JJ.